**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
402 East State Street
Trenton, NJ 08608
Telephone number: 609−858−9333

Honorable Christine M. Gravelle, U.S. Bankruptcy Judge

| **CASE NUMBER:** 17−20025−CMG | **DATE FILED::** 5/16/17 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Janine M Buggle<br>xxx−xx−5539 | ADDRESS OF DEBTOR(S):<br><br>77 Bechstein Drive<br>Matawan, NJ 07747 |
| DEBTOR'S ATTORNEY:<br>Brian W. Hofmeister<br>Law Firm of Brian W. Hofmeister, LLC<br>3131 Princeton Pike<br>Bldg. 5, Suite 110<br>Lawrenceville, NJ 08648<br><br>609−890−1500 | TRUSTEE:<br>Andrea Dobin<br>Trenk DiPasquale<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>(609) 695−6070 |

    It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

    It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

11/27/17

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/forms/bankruptcy−forms) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: August 30, 2017          FOR THE COURT
                                                     Jeanne Naughton, Clerk

FORM NOA Rev. 5/2016

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-20025-CMG
Janine M Buggle                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin              Page 1 of 2            Date Rcvd: Aug 30, 2017
                             Form ID: noa             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2017.
db           +Janine M Buggle,    77 Bechstein Drive,    Matawan, NJ 07747-2331
516828138    ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
               WILMINGTON DE 19801-2920
             (address filed with court:   PayPal,    PO Box 660433,    Dallas, TX 75266)
516828128    +CIT Small Business Lending Corp.,    c/o Aronsohn Weiner & Salerno,    263 Main Street,
               Hackensack, NJ 07601-5704
516828137    +Lynn Spector,    294 Broad Street,    Red Bank, NJ 07701-2152

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 23:12:20      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 23:12:17       United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516828126     EDI: BANKAMER.COM Aug 30 2017 22:53:00      Bank of America,    PO Box 26012,
               Greensboro, NC 27420-6012
516828127     EDI: BANKAMER2.COM Aug 30 2017 22:53:00      Bank of America,    PO Box 15028,
               Wilmington, DE 19850
516828129     EDI: CITICORP.COM Aug 30 2017 22:53:00      Citi,    PO Box 6500,    Sioux Falls, SD 57117-6500
516828130     EDI: DISCOVER.COM Aug 30 2017 22:53:00      Discover Financial Service, LLC,    PO Box 15316,
               Wilmington, DE 19850-5316
516828131     E-mail/Text: bankruptcy.bnc@ditech.com Aug 30 2017 23:12:08      Ditech Financial,    PO Box 6154,
               Rapid City, SD 57709-6154
516828134     EDI: IRS.COM Aug 30 2017 22:53:00      Internal Revenue Service,    1111 Constitution Ave., N.W.,
               Washington, DC 20224
516828135     EDI: CBSKOHLS.COM Aug 30 2017 22:53:00      Kohls/Capital One,    PO Box 3115,
               Milwaukee, WI 53201-3115
516828139     EDI: RMSC.COM Aug 30 2017 22:53:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
               PO Box 965061,    Orlando, FL 32896-5061
516832358    +EDI: RMSC.COM Aug 30 2017 22:53:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
               PO Box 41021,    Norfolk, VA 23541-1021
516828136     EDI: TFSR.COM Aug 30 2017 22:53:00      Lexus Financial Services,    PO Box 17187,
               Baltimore, MD 21297
516828141     EDI: TFSR.COM Aug 30 2017 22:53:00      Toyota Motor Credit Corp.,    PO Box 22202,
               Owings Mills, MD 21117
516828140     EDI: WTRRNBANK.COM Aug 30 2017 22:53:00      Target,    Target National Bank,    PO Box 59231,
               Minneapolis, MN 55459-0231
516828142    +EDI: USAA.COM Aug 30 2017 22:53:00      USAA Federal Savings Bank,    10750 McDermott Freeway,
               San Antonio, TX 78288-1600
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516828133*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
             (address filed with court:   Internal Revenue Service,    Attn: Special Procedures,
               955 South Springfield Avenue,    PO Box 724, Bldg. A, 3rd Floor,    Springfield, NJ 07081)
516828132*    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
                                                                                  TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2017                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-3            User: admin                  Page 2 of 2                  Date Rcvd: Aug 30, 2017
                                Form ID: noa                 Total Noticed: 19
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2017 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Andrea   Dobin    on behalf of Trustee Andrea   Dobin ecftrusteead@trenklawfirm.com,
          NJ55@ecfcbis.com
          Brian W. Hofmeister    on behalf of Debtor Janine M Buggle bwh@hofmeisterfirm.com
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                            TOTAL: 4