| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1** |
| TRENK DiPASQUALE DELLA FERA |
|   & SODONO, P.C. |
| 427 Riverview Plaza |
| Trenton, NJ 08611 |
| 609.695.6070 |
| *Proposed Attorneys for Chapter 7 Trustee,* |
|   *Andrea Dobin* |

In Re:

BUGGLE, Janine M.,

                Debtor.

Order Filed on September 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No. 17-20025 (CMG)

Honorable Christine M. Gravelle

Chapter 7

Recommended Local Form:  ☐ Followed  ☒ Modified

### ORDER AUTHORIZING RETENTION OF TRENK, DiPASQUALE, DELLA FERA & SODONO, P.C. AS ATTORNEY TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 6, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re: Buggle, Janine M.

Case No.: 17-20025 (CMG)

Applicant: Andrea Dobin

☒ Trustee: ☒ Chap. 7 ☐ Chap. 11

☐ Debtor: ☐ Chap. 11 ☐ Chap. 13

☐ Official Committee of _____

Professional: Trenk, DiPasquale, Della Fera & Sodono, P.C.

Address: 427 Riverview Plaza
Trenton, NJ 08611

☒ Attorney for:

☒ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:

☐ Trustee ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor ☐ Appraiser ☐ Special Counsel ☐ Auctioneer

☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, Trenk, DiPasquale, Della Fera & Sodono, P.C., to act as attorney for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is August 28, 2017.

United States Bankruptcy Court
District of New Jersey

In re:  
Janine M Buggle  
    Debtor

Case No. 17-20025-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Sep 06, 2017  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2017.  
db        +Janine M Buggle,    77 Bechstein Drive,    Matawan, NJ 07747-2331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2017                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2017 at the address(es) listed below:  
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
          Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com  
          Brian W. Hofmeister    on behalf of Debtor Janine M Buggle bwh@hofmeisterfirm.com  
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                           TOTAL: 5