| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1**<br>TRENK, DiPASQUALE, DELLA FERA<br>  & SODONO, P.C.<br>427 Riverview Plaza<br>Trenton, NJ 08611<br>609.695.6070<br>*Proposed Attorneys for Chapter 7 Trustee,*<br>*Andrea Dobin* | Order Filed on September 7, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BUGGLE, Janine M.,<br><br>                    Debtor. | Case No. 17-20025 (CMG)<br><br>Honorable Christine M. Gravelle<br><br>Chapter 7 |

Recommended Local Form:    ☒ Followed    ☐ Modified

## ORDER AUTHORIZING RETENTION OF
## KELLER WILLIAMS REALTY EAST MONMOUTH AS REALTOR TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 7, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

| | |
|---|---|
| In re: | Buggle, Janine M. |
| Case No.: | 17-20025 (CMG) |
| Applicant: | Andrea Dobin |

☒ Trustee:  ☒ Chap. 7  ☐ Chap. 11

☐ Debtor:  ☐ Chap. 11  ☐ Chap. 13

☐ Official Committee of _____

Professional: Keller Williams Realty East Monmouth

Address: 750 Broad Street
Shrewsbury, NJ 07702

☐ Attorney for:

    ☐ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☐ Accountant for:

    ☐ Trustee  ☐ Debtor-in-Possession

    ☐ Official Committee of _____

☒ Other Professional:

    ☒ Realtor  ☐ Appraiser  ☐ Special Counsel  ☐ Auctioneer

    ☐ Other (specify): _____

Upon the applicant's request for authorization to retain the professional named above,

It is hereby **ORDERED** as follows:

1. The applicant, Andrea Dobin, Chapter 7 Trustee, is authorized to retain the professional, Keller Williams Realty East Monmouth, to act as realtor for the Trustee.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefor.

3. The effective date of retention is the date the Application is filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:  
Janine M Buggle  
    Debtor

Case No. 17-20025-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 08, 2017  
    Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2017.  
db    +Janine M Buggle,   77 Bechstein Drive,   Matawan, NJ 07747-2331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2017    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2017 at the address(es) listed below:  
    Andrea Dobin   ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
    Andrea Dobin   on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
    Brian W. Hofmeister   on behalf of Debtor Janine M Buggle bwh@hofmeisterfirm.com  
    Denise E. Carlon   on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
    U.S. Trustee.   USTPRegion03.NE.ECF@usdoj.gov  
    TOTAL: 5