**TRENK, DiPASQUALE,**
**DELLA FERA & SODONO, P.C.**
427 Riverview Plaza
Trenton, NJ 08611
(609) 695-6070
(609) 695-6071
Andrea Dobin
Michael A. Siravo IV
*Counsel to Andrea Dobin, Chapter 7 Trustee*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JANINE M. BUGGLE,<br><br>Debtor. | Case No. 17-20025 (CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7<br><br>Hearing Date: November 28, 2017<br>Hearing Time: 10:00 am |

## OBJECTION TO MOTION FOR RELIEF FROM AUTOMATIC STAY

**ANDREA DOBIN**, of full age, certifies as follows:

1.  I serve as the Chapter 7 Trustee in the bankruptcy proceeding of Janine M. Buggle (the "Debtor"). I am submitting this Certification in opposition to the Motion of Ditech Financial LLC for Relief from Stay (the "Motion") pertaining to Movant's lien on the real property located at 77 Bechstein Drive, Aberdeen, New Jersey (the "Property"). I am familiar with the facts set forth herein.

2.  On October 3, 2017, I entered into a contract with the Buyers for the sale of the Property.

3.  On November 21, 2017, I filed a motion for the sale of the Property.

    4.       The Motion persuasively demonstrates that unsecured creditors will be benefited through the sale of the Property.

    5.       Based upon the foregoing, I respectfully request that the Motion be denied.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                                         By:            /s/ Andrea Dobin
Dated: November 20, 2017                                       ANDREA DOBIN

4850-6346-9910, v. 1