UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: <br> JANINE M. BUGGLE | Case No.: 17-20025(CMG) <br> Chapter: 7 <br> Judge: Gravelle |

### NOTICE OF PROPOSED PRIVATE SALE

Andrea Dobin, Chapter 7 Trustee, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Jeanne A. Naughton, Clerk
402 East State St.
Trenton, NJ  08608

If an objection is filed, a hearing will be held before the Honorable Christine M. Gravelle on December 26 at 10 a.m. at the United States Bankruptcy Court, courtroom no. 3, 402 East State St., Trenton, NJ. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Real property located at 77 Bechstein Drive, Aberdeen, New Jersey 07747

Proposed Purchaser: Joseph and Angela Santos

Sale price: $380,000.00

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional: Deborah Smith
Amount to be paid: $19,000.00
Services rendered: Listed the property for sale, including in the Multiple Listing Service; arranged for the Property to be shown; presented the contract of sale; and assisted in the consummation of a sale approved by the Court.

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Andrea Dobin

Address: 427 Riverview Plaza, Trenton, New Jersey 08611

Telephone No.: 609-695-6070

*rev.8/1/15*

2

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 17-20025-CMG
Janine M Buggle                                                     Chapter 7
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                  Page 1 of 2                  Date Rcvd: Nov 21, 2017
                              Form ID: pdf905              Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db             +Janine M Buggle,    77 Bechstein Drive,    Matawan, NJ 07747-2331
r              +Keller Williams Realty East Monmouth,     750 Broad Street,    Shrewsbury, NJ 07702-4230
516828127       Bank of America,    PO Box 15028,    Wilmington, DE 19850
516828126      #Bank of America,    PO Box 26012,    Greensboro, NC 27420-6012
516828138     ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court: PayPal,     PO Box 660433,    Dallas, TX 75266)
516828128      +CIT Small Business Lending Corp.,     c/o Aronsohn Weiner & Salerno,    263 Main Street,
                 Hackensack, NJ 07601-5704
516828129       Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
516828137      +Lynn Spector,    294 Broad Street,    Red Bank, NJ 07701-2152
517048501      +TD Bank, USA,    by American InfoSource LP as agent,     4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516828136     ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Lexus Financial Services,      PO Box 17187,    Baltimore, MD 21297)
516828140       Target,   Target National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
516828142      +USAA Federal Savings Bank,    10750 McDermott Freeway,     San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2017 00:05:18      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2017 00:05:16      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516828130       E-mail/Text: mrdiscen@discover.com Nov 22 2017 00:04:24      Discover Financial Service, LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517051370       E-mail/Text: mrdiscen@discover.com Nov 22 2017 00:04:24      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
516828131       E-mail/Text: bankruptcy.bnc@ditech.com Nov 22 2017 00:05:02      Ditech Financial,    PO Box 6154,
                 Rapid City, SD 57709-6154
516828134       E-mail/Text: cio.bncmail@irs.gov Nov 22 2017 00:04:48      Internal Revenue Service,
                 1111 Constitution Ave., N.W.,    Washington, DC 20224
516828135       E-mail/Text: bnckohlsnotices@becket-lee.com Nov 22 2017 00:04:33      Kohls/Capital One,
                 PO Box 3115,   Milwaukee, WI 53201-3115
516828139       E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:28:27      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
516832358      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:29:40      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,     PO Box 41021,    Norfolk, VA 23541-1021
517189594      +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2017 00:27:20      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,     PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516828133*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Internal Revenue Service,     Attn: Special Procedures,
                 955 South Springfield Avenue,    PO Box 724, Bldg. A, 3rd Floor,    Springfield, NJ 07081)
516828132*      Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516828141*    ++TOYOTA MOTOR CREDIT CORPORATION,     PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court: Toyota Motor Credit Corp.,     PO Box 22202,    Owings Mills, MD 21117)
                                                                                 TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 21, 2017
                              Form ID: pdf905          Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
          Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
          Brian W. Hofmeister    on behalf of Debtor Janine M Buggle bwh@hofmeisterfirm.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael A. Siravo, IV   on behalf of Trustee Andrea  Dobin msiravo@trenklawfirm.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 6
```