### *LAW FIRM OF BRIAN W. HOFMEISTER, LLC*

3131 Princeton Pike
Building 5, Suite 110
Lawrenceville, New Jersey 08648
Phone - (609) 890-1500
Fax - (609) 890-6961
bwh@hofmeisterfirm.com

November 27, 2017

Honorable Christine M. Gravelle
United States Bankruptcy Court
402 East State Street
Trenton, NJ 08608

      RE:    Janine Buggle
              Chapter 7, Case No. 17-20025

              Motion to Sell Property Free and Clear of Liens Under Section 363(f)
              Return Date: December 26, 2017 @ 10:00 a.m.

Dear Judge Gravelle:

      This firm has been retained to represent the Debtor, Janine Buggle ("Debtor"), in connection with her Chapter 7 bankruptcy proceeding. Please accept this letter response in lieu of a more formal response with regard to the Trustee's Motion to Sell Property Free and Clear of Liens Under Section 363(f) returnable December 26, 2017 @ 10:00 a.m. ("Motion"). The Debtor has cooperated with the Trustee in connection with her marketing of a sale of her residence and is not seeking an exemption. In consideration therefore, the Debtor merely requests that the Order approving the sale provide that the Debtor shall have until the end of February 2018 to vacate the property.

                        Respectfully submitted,
                        */s/Brian W. Hofmeister*

                        Brian W. Hofmeister

BWH/aw
cc:    Andrea Dobin, Esq.