| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004<br><br>**TRENK, DIPASQUALE,**<br>**DELLA FERA & SODONO, P.C.**<br>427 Riverview Plaza<br>Trenton, New Jersey 08611<br>(609) 695-6070<br>Andrea Dobin<br>Michael A. Siravo IV<br>*Attorneys for Andrea Dobin, Chapter 7 Trustee* | **Order Filed on January 2, 2018**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In re:<br><br>JANINE M. BUGGLE<br><br>               Debtor. | Case No. 17-20025 (CMG)<br><br>Honorable Christine M. Gravelle, U.S.B.J.<br><br>Chapter 7<br><br>**Hearing Date:** January 2, 2018<br>**Hearing Time:** 10:00 a.m. |

**ORDER AUTHORIZING SALE OF REAL PROPERTY LOCATED AT 77 BECHSTEIN DRIVE, ABERDEEN, NEW JERSEY 07747**

*Revised as of November 28, 2017*

The relief set forth on the following pages is hereby **ORDERED.**

**DATED:** January 2, 2018

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Debtors:         Janine M. Buggle
Case No.         17-20025(CMG)
Caption of Order: Order Authorizing Sale Assets Free and Clear of Liens, Claims, and Encumbrances

**THIS MATTER,** having been opened to the Court by Andrea Dobin, the Chapter 7 Trustee (the "**Trustee**") for Janine M. Buggle, Chapter 7 debtor ("**Debtor**"), by and through her counsel, Trenk, DiPasquale, Della Fera & Sodono, P.C., by the filing of a Motion for an Order Authorizing Sale (the "**Motion**") relating to the Trustee's proposed sale of the Estate's interest in the real property located at 77 Bechstein Drive, Aberdeen, New Jersey (the "**Property**"); due and proper notice of the Motion and related matters before the Court in this case having been given; and the Court having considered the moving papers and opposition thereto, if any; and oral argument, if any; and good and sufficient cause existing for the granting of the relief as set forth herein,

**THE COURT MAKES THE FOLLOWING FINDINGS OF FACT AND CONCLUSIONS OF LAW:**

A.    Full and adequate notice of the Motion has been afforded to all interested parties.

B.    The offer made by Joseph and Angela Santos (the "**Buyers**") in the amount of Three Hundred Eighty Thousand Dollars ($380,000) is the highest and best offer received for the Property and the sale price for the Property constitutes full and adequate consideration and reasonably equivalent value for the Property.

C.    The transactions being proposed by the Trustee were negotiated at arm's length and in good faith.

D.    The Buyers are good faith purchasers for value pursuant to Section 363(m) of the Bankruptcy Code and, as such, the sale of the Property is entitled to all of the protections afforded thereby. The Buyers are acting and shall act in good faith within the meaning of

Debtors:         Janine M. Buggle
Case No.         17-20025(CMG)
Caption of Order: Order Authorizing Sale Assets Free and Clear of Liens, Claims, and Encumbrances

Section 363(m) of the Bankruptcy Code in closing the transaction(s) contemplated by in the Contract for Sale.

**IT IS HEREBY ORDERED AS FOLLOWS**:

1. The Motion is **GRANTED**.

2. The sale of the Trustee's right, title, and interest in the Property to the Buyers pursuant to the terms and conditions set forth in the contract for sale, related addendum, and riders, is hereby approved. The record and transcript of the hearing and all findings and determinations of this Court are hereby incorporated herein.

3. The Trustee is hereby authorized to execute such necessary and appropriate documents in order to effectuate the aforesaid sale.

4. The Debtor must vacate the Property on or before 12noon on Monday, January 31, 2018 (the "Deadline"). Any personal property located at the Property after the Deadline will be deemed abandoned and disposed of by the Trustee at her discretion without further notice to the Debtor or creditors.

5. The net proceeds of sale will be distributed at the closing as set forth in the Certification filed in support of the Motion, satisfying all legitimate liens of record, including unpaid taxes, assessments, unpaid interest, escrow deficiencies, and reasonable costs and fees.

6. In addition to payment of standard closing costs as disclosed and estimated in the Certification of Trustee in support of the Motion, the Trustee is specifically authorized to make payment to the Broker (as defined in the Certification of Trustee submitted herewith) at closing for the real estate commission equal to five percent (5%) of the contract sale price as reflected in the Certification in support of the Motion.

Page 4 of 4
Debtors:        Janine M. Buggle
Case No.        17-20025(CMG)
Caption of Order: Order Authorizing Sale Assets Free and Clear of Liens, Claims, and Encumbrances

       7.       The Court retains jurisdiction over the parties and this matter for, *inter alia*, purposes of enforcing this order and otherwise implementing the sale.

4838-6036-4119, v. 1

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-20025-CMG
Janine M Buggle                                                     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 03, 2018
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.
db           +Janine M Buggle,    77 Bechstein Drive,    Matawan, NJ 07747-2331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 3, 2018 at the address(es) listed below:
      Andrea  Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
      Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
      Brian W. Hofmeister    on behalf of Debtor Janine M Buggle bwh@hofmeisterfirm.com
      Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
      Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@trenklawfirm.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6