| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>TRENK DIPASQUALE DELLA FERA &<br> SODONO PC<br>427 Riverview Plaza<br>Trenton, NJ  08611<br>609.695.6070<br>ATTORNEYS FOR ANDREA DOBIN,<br>CHAPTER 7 TRUSTEE | Order Filed on February 1, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |

| | | |
|---|---|---|
| In Re: | Case No.: | 17-20025 |
| BUGGLE, JANINE M., | Judge: | Christine M. Gravelle |
| Debtor. | Chapter: | 7 |

# ORDER AUTHORIZING RETENTION OF
# JOSEPH B. FRIEDMAN, CPA, ACCOUNTANT TO TRUSTEE

The relief set forth on the following page is **ORDERED.**

**DATED: February 1, 2018**

*Honorable Christine M. Gravelle*
*United States Bankruptcy Judge*

Upon the applicant's request for authorization to retain ___Joseph B. Friedman, CPA___

as ___Accountant___ it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted.

   The professional's address is: ___Joseph B. Friedman, CPA___
   
   ___PO Box 734___
   
   ___Cherry Hill, NJ  08003___

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted    ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case.  Payment to the professional be only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

4820-6495-7998, v.  1

United States Bankruptcy Court
District of New Jersey

In re:  
Janine M Buggle  
    Debtor

Case No. 17-20025-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Feb 01, 2018  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2018.
db          #+Janine M Buggle,    77 Bechstein Drive,    Matawan, NJ 07747-2331

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2018 at the address(es) listed below:
         Andrea Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com  
         Andrea Dobin    on behalf of Trustee Andrea Dobin adobin@trenklawfirm.com  
         Brian W. Hofmeister    on behalf of Debtor Janine M Buggle bwh@hofmeisterfirm.com  
         Denise E. Carlon    on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
         Michael A. Siravo, IV    on behalf of Trustee Andrea Dobin msiravo@trenklawfirm.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                         TOTAL: 6