Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−20025−CMG
Chapter: 7
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janine M Buggle
   77 Bechstein Drive
   Matawan, NJ 07747

Social Security No.:
   xxx−xx−5539

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:     4/3/18
Time:     02:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Trenk, DiPasquale, Della Fera & Sodono, PC, counsel to the Trustee

COMMISSION OR FEES
$20,715.00

EXPENSES
$460.79

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: March 2, 2018
JAN:

                              Jeanne Naughton
                              Clerk

```
                              United States Bankruptcy Court
                                   District of New Jersey
In re:                                                              Case No. 17-20025-CMG
Janine M Buggle                                                     Chapter 7
        Debtor                      CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin                   Page 1 of 2                  Date Rcvd: Mar 02, 2018
                              Form ID: 137                  Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2018.
db             #+Janine M Buggle,    77 Bechstein Drive,   Matawan, NJ 07747-2331
acc             +Joseph B. Friedman,    414 Browning Lane,    Cherry Hill, NJ 08003-3106
acc             +Joseph B. Friedman, CPA,    PO Box 734,   Cherry Hill, NJ 08003-0734
r               +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
516828126       #Bank of America,    PO Box 26012,    Greensboro, NC 27420-6012
516828127        Bank of America,    PO Box 15028,    Wilmington, DE 19850
516828138      ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
                 WILMINGTON DE 19801-2920
                (address filed with court:   PayPal,    PO Box 660433,    Dallas, TX 75266)
516828128       +CIT Small Business Lending Corp.,    c/o Aronsohn Weiner & Salerno,    263 Main Street,
                 Hackensack, NJ 07601-5704
516828129        Citi,   PO Box 6500,    Sioux Falls, SD 57117-6500
516828137      #+Lynn Spector,    294 Broad Street,    Red Bank, NJ 07701-2152
517048501       +TD Bank, USA,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
516828136      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Lexus Financial Services,    PO Box 17187,    Baltimore, MD 21297)
516828140        Target,   Target National Bank,    PO Box 59231,    Minneapolis, MN 55459-0231
516828142       +USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Mar 02 2018 23:34:17      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 02 2018 23:34:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517193029       +E-mail/Text: bncmail@w-legal.com Mar 02 2018 23:34:28      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516828130        E-mail/Text: mrdiscen@discover.com Mar 02 2018 23:33:32      Discover Financial Service, LLC,
                 PO Box 15316,    Wilmington, DE 19850-5316
517051370        E-mail/Text: mrdiscen@discover.com Mar 02 2018 23:33:32      Discover Bank,
                 Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516828131        E-mail/Text: bankruptcy.bnc@ditech.com Mar 02 2018 23:34:00      Ditech Financial,   PO Box 6154,
                 Rapid City, SD 57709-6154
516828134        E-mail/Text: cio.bncmail@irs.gov Mar 02 2018 23:33:49      Internal Revenue Service,
                 1111 Constitution Ave., N.W.,    Washington, DC 20224
516828135        E-mail/Text: bnckohlsnotices@becket-lee.com Mar 02 2018 23:33:37      Kohls/Capital One,
                 PO Box 3115,    Milwaukee, WI 53201-3115
516828139        E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 23:31:12      Synchrony Bank,
                 Attn: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
516832358       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 23:31:12      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517189594       +E-mail/PDF: gecsedi@recoverycorp.com Mar 02 2018 23:31:28      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                               TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516828133*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court:   Internal Revenue Service,    Attn: Special Procedures,
                 955 South Springfield Avenue,    PO Box 724, Bldg. A, 3rd Floor,    Springfield, NJ 07081)
516828132*       Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
516828141*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:   Toyota Motor Credit Corp.,    PO Box 22202,    Owings Mills, MD 21117)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked ’++’ were redirected to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked ’#’ were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Mar 02, 2018
                              Form ID: 137             Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2018 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Andrea   Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
          Denise E. Carlon    on behalf of Creditor   Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@trenklawfirm.com
          Steven J. Abelson    on behalf of Debtor Janine M Buggle sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 6
```