UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**ABELSON & TRUESDALE, LLC**
BY: Steven J. Abelson, Esq..
ID #SA 7987
80 West Main Street
P.O. Box 7005
Freehold, New Jersey 07728
(732) 462-4773
Attorney for Debtor

Order Filed on March 20, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

In re JANINE BUGGLE

Case No.:    17-20025
Adv. No.:

Hearing Date:    March 20, 2018

Judge: Hon. CHRISTINE M. GRAVELLE

## ORDER ENFORCING AUTOMATIC STAY AND DISCHARGE INJUNCTION AND AWARDING DAMAGES

The relief set forth on the following pages, numbered two (2) through two (2) is
hereby **ORDERED**.

**DATED: March 20, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**CAPTION OF ORDER:**
 ORDER ENFORCING AUTOMATIC STAY AND DISCHARGE INJUNCTION
AND AWARDING DAMAGES

**CASE NUMBER**: 17-20025

**DATE OF HEARING**: 3/20/18

**JUDGE**: HON.  CHRISTINE M. GRAVELLE
-----------------------------------------------------------------------------------------------------------------------------

THIS MATTER being opened to the Court upon the application of the debtors by their counsel, Steven

J. Abelson, Esq., and the Court having reviewed the application of the Debtors and any objections thereto, and

for good cause having been shown:

1) The actions of the Creditor CIT Small Business Corp in permitting the offset of the

Debtor's post petition tax refund and collecting and retaining same are in violation of 11 U.S.C. § 362(a) and §

524(a)(2).

2) Creditor shall immediately cause the full return of the sum of $ 8,089.00 to be returned

to the Debtors and Debtor's spouse.

3) Damages are hereby imposed pursuant to 11 U.S.C. § 362(k) and § 105 for said actions

in the amount of $ 750.   Said sum shall be paid to the Debtor's Attorney within fifteen (15) days.

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 17-20025-CMG
Janine M Buggle                                                                 Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1          Date Rcvd: Mar 20, 2018
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2018.
db              +Janine M Buggle,    40 Scholar Drive,    Union Beach, NJ 07735-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2018 at the address(es) listed below:
          Andrea  Dobin    ecftrusteead@trenklawfirm.com,  NJ55@ecfcbis.com
          Andrea  Dobin    on behalf of Trustee Andrea  Dobin adobin@trenklawfirm.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael A. Siravo, IV    on behalf of Trustee Andrea  Dobin msiravo@trenklawfirm.com
          Steven J. Abelson    on behalf of Debtor Janine M Buggle sjaesq@atrbklaw.com,
           atrbkl@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 6