UNITED STATES BANKRUPTY COURT
DISTRICT OF NEW JERSEY
Trenk, DiPasquale, Della Fera & Sodono, P.C.
427 Riverview Plaza
Trenton, NJ  08611
609.695.6070
Attorneys for Andrea Dobin, Chapter 7 Trustee

Janine M. Buggle,

     Debtor.

**Order Filed on July 6, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.  17-20025

Judge: Christine M. Gravelle

# ORDER ALLOWING FIRST AND FINAL ALLOWANCE OF
# FEES & EXPENSES TO JOSEPH B. FRIEDMAN, ACCOUNTANT
# TO THE TRUSTEE

The relief set forth on the following page number two (2) is hereby **ORDERED**.

**DATED: July 6, 2018**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

**(Page 2)**
Debtor: Janine M. Buggle
Case No 17-20025(CMG)
Caption of Order: Order Allowing Fees & Expenses of Accountant to the Trustee

**THIS MATTER** having been opened to the Court upon the Application of Joseph B. Friedman, accountant to the Trustee (the "Applicant"), in the above-captioned proceeding, for the entry of an Order allowing first and final allowance of fees and expenses to Applicant, and the Court having read and considered the Applicant's Application and the supporting Affidavit, and notice of said Application having been given to the Office of the United States Trustee, Debtor and Debtor's counsel, and all others requesting electronic notice, and for other and good cause shown:

**IT IS ORDERED:**

1. Joseph B. Friedman, accountant to the Trustee, is hereby granted first and final allowance for accounting services rendered to the Trustee in the sum of $550.00 and the sum of $14.00 for a total of $564.00 without prejudice to said accountant's right to seek additional allowances.

2. A copy of this Order shall be served upon all interested parties and counsel within 7 days of the date hereof.

4845-0966-3255, v. 3

United States Bankruptcy Court
District of New Jersey

In re:  
Janine M Buggle  
     Debtor

Case No. 17-20025-CMG  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Jul 06, 2018 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2018.
db             +Janine M Buggle,    40 Scholar Drive,    Union Beach, NJ 07735-3034

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2018                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2018 at the address(es) listed below:
        Andrea    Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
        Andrea    Dobin    on behalf of Trustee Andrea    Dobin adobin@trenklawfirm.com
        Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Michael A. Siravo, IV    on behalf of Trustee Andrea    Dobin msiravo@trenklawfirm.com
        Steven J. Abelson    on behalf of Debtor Janine M Buggle sjaesq@atrbklaw.com,
        atrbk1@gmail.com;r49787@notify.bestcase.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                  TOTAL: 6