Form 192 – aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 17−20025−CMG  
Chapter: 7  
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Janine M Buggle  
   40 Scholar Drive  
   Union Beach, NJ 07735

Social Security No.:  
   xxx−xx−5539

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,  
OF HEARING ON APPLICATIONS FOR COMPENSATION  
(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

   THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

   NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Christine M. Gravelle on:

DATE:          August 7, 2018  
TIME:          02:00 PM  
LOCATION:      Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:            $380,000.00  
TOTAL DISBURSEMENTS:       $354,216.40  
BALANCE ON HAND:           $25,783.60

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)  
Andrea Dobin

COMMISSION OR FEES  
$15,000.00

EXPENSES  
$34.98

---

The trustee's application to abandon the following property will be heard and acted upon:

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: July 24, 2018
JAN: amg

                                                               Jeanne Naughton
                                                               Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-20025-CMG
Janine M Buggle                                                         Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2          Date Rcvd: Jul 24, 2018
                            Form ID: 192           Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2018.
db          +Janine M Buggle,    40 Scholar Drive,    Union Beach, NJ 07735-3034
acc         +Joseph B. Friedman,    414 Browning Lane,    Cherry Hill, NJ 08003-3106
acc         +Joseph B. Friedman, CPA,    PO Box 734,   Cherry Hill, NJ 08003-0734
r           +Keller Williams Realty East Monmouth,    750 Broad Street,    Shrewsbury, NJ 07702-4230
516828127    Bank of America,    PO Box 15028,   Wilmington, DE 19850
516828138   ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
              WILMINGTON DE 19801-2920
             (address filed with court:    PayPal,    PO Box 660433,    Dallas, TX 75266)
516828128   +CIT Small Business Lending Corp.,    c/o Aronsohn Weiner & Salerno,     263 Main Street,
              Hackensack, NJ 07601-5704
516828129    Citi,    PO Box 6500,   Sioux Falls, SD 57117-6500
516828137   #+Lynn Spector,    294 Broad Street,    Red Bank, NJ 07701-2152
517048501   +TD Bank, USA,    by American InfoSource LP as agent,    4515 N Santa Fe Ave,
              Oklahoma City, OK 73118-7901
516828136   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court:    Lexus Financial Services,    PO Box 17187,    Baltimore, MD 21297)
516828140    Target,    Target National Bank,    PO Box 59231,   Minneapolis, MN 55459-0231
516828142   +USAA Federal Savings Bank,    10750 McDermott Freeway,    San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jul 24 2018 23:31:03     U.S. Attorney,    970 Broad St.,
              Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 24 2018 23:30:59     United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
517193029   +E-mail/Text: bncmail@w-legal.com Jul 24 2018 23:31:14     Comenity Capital Bank/Paypal Credit,
              c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
516828130    E-mail/Text: mrdiscen@discover.com Jul 24 2018 23:29:56     Discover Financial Service, LLC,
              PO Box 15316,    Wilmington, DE 19850-5316
517051370    E-mail/Text: mrdiscen@discover.com Jul 24 2018 23:29:56     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
516828131    E-mail/Text: bankruptcy.bnc@ditech.com Jul 24 2018 23:30:27     Ditech Financial,    PO Box 6154,
              Rapid City, SD 57709-6154
516828134    E-mail/Text: cio.bncmail@irs.gov Jul 24 2018 23:30:19     Internal Revenue Service,
              1111 Constitution Ave., N.W.,    Washington, DC 20224
516828135    E-mail/Text: bnckohlsnotices@becket-lee.com Jul 24 2018 23:30:05     Kohls/Capital One,
              PO Box 3115,    Milwaukee, WI 53201-3115
516828139    E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 23:33:37     Synchrony Bank,
              Attn: Bankruptcy Dept.,    PO Box 965061,    Orlando, FL 32896-5061
516832358   +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 23:34:57     Synchrony Bank,
              c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517189594   +E-mail/PDF: gecsedi@recoverycorp.com Jul 24 2018 23:33:38     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516828133*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:    Internal Revenue Service,    Attn: Special Procedures,
               955 South Springfield Avenue,    PO Box 724, Bldg. A, 3rd Floor,    Springfield, NJ 07081)
516828132*    Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
516828141*   ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court:    Toyota Motor Credit Corp.,    PO Box 22202,    Owings Mills, MD 21117)
516828126    ##Bank of America,    PO Box 26012,    Greensboro, NC 27420-6012
                                                                                   TOTALS: 0, * 3, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Jul 24, 2018
                              Form ID: 192             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2018 at the address(es) listed below:
          Andrea   Dobin    ecftrusteead@trenklawfirm.com, NJ55@ecfcbis.com
          Andrea   Dobin    on behalf of Trustee Andrea   Dobin adobin@trenklawfirm.com
          Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael A. Siravo, IV    on behalf of Trustee Andrea   Dobin msiravo@trenklawfirm.com
          Steven J. Abelson    on behalf of Debtor Janine M Buggle sjaesq@atrbklaw.com,
           atrbk1@gmail.com;r49787@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```